**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6012**
_____

DEWAYNE LEE ANTHONY,

             Plaintiff – Appellant,

       v.

ALBERT KEITH KUHNE, MD Doctor, Marion Correctional
Institution; SUSAN MCNEELY, R.N., Marion Correctional
Institution,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Robert J. Conrad,
Jr., District Judge. (1:12-cv-00387-RJC)

_____

Submitted: June 25, 2013          Decided: July 17, 2013

_____

Before NIEMEYER, AGEE, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Dewayne Lee Anthony, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dewayne Lee Anthony appeals the district court's order dismissing his complaint under 42 U.S.C. § 1983 (2006) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Anthony v. Khune, No. 1:12-cv-00387-RJC (W.D.N.C. Dec. 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED